AO 93
Rev 6/82

SEARCH WARRANT ON WRITTEN AFFIDAVIT

# United States District Court

| | |
|---|---|
| DISTRICT | WESTERN DISTRICT OF WISCONSIN |

United States of America

FILE COPY

v.

Gregory C. Taylor, M/B, DOB 6/1/1970

| DOCKET NO. | MAGISTRATE JUDGE CASE NO. |
|---|---|
| | 11-CR-102-BBC |

TO:

ANY AUTHORIZED
LAW ENFORCEMENT OFFICER

Affidavit(s) having been made before me by the below-named affiant that he/she has reason to believe that [X] on the person of (or) [ ] on the premises known as:

Gregory C. Taylor, M/B, DOB 6/1/1970

in the Western District of Wisconsin, there is now being concealed certain property, namely:

**Buccal Swab for DNA analysis.**

and as I am satisfied that there is probable cause to believe that the property so described is being concealed on the person or premises above-described and the grounds for application for issuance of the search warrant exist as stated in the supporting affidavit(s).

YOU ARE HEREBY COMMANDED to search on or before _SEPTEMBER 22 2011_ (not to exceed 14 days) the person or place named above for the property specified, serving this warrant and making the search (in the daytime--6:00 a.m. to 10:00 p.m.) or (at anytime in the day or night)[1] and if the property be found there to seize it, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to Magistrate Judge Stephen L. Crocker or Magistrate Judge Peter Oppeneer as required by law.

| NAME OF AFFIANT | SIGNATURE OF MAGISTRATE JUDGE | Date/Time Issued |
|---|---|---|
| John Mayer | | 9-15-11 9:45 AM |

---

[1] If a search is to be authorized "at any time in the day or night" pursuant to Federal Rules of Criminal Procedure Rule 41(c), show reasonable cause therefore.

# RETURN

| Date Warrant Received | Date and Time Warrant Executed | Copy of Warrant and Receipt for Items Left with |
|---|---|---|
|  |  |  |

Inventory Made in the Presence of:

Inventory of Property Taken Pursuant to the Warrant:

## CERTIFICATION

I swear that this inventory is a true and detailed account of all the property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    _____
Magistrate Judge Stephen L. Crocker           Date